### 18391. WHITE v. THE STATE.

BLOODWORTH, J. ·There are no special grounds of the motion for a new trial, and the evidence supports the finding of the jury.·

     *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

         DECIDED NOVEMBER 16, 1927.

Possessing intoxicating liquor; from city court of Alma—Judge Tuten. January 31, 1927.

*I. J. Bussell,* for plaintiff in error.

*C. A. Williams, solicilor,* contra.

---

Criminal Law, 16 C. J. p. 1217, n. 45; p. 1218, n. 46, 47.
Intoxicating Liquors, 33 C. J. p. 761, n. 53.

### 18395. UNDERWOOD v. THE STATE.

BROYLES, C. J. The verdict was amply authorized, if not demanded, by the evidence, and no error of law upon the trial is complained of. The court properly refused to grant a new trial.

     *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

         DECIDED NOVEMBER 16, 1927.

Making intoxicating liquor; from Sumter superior court—Judge Littlejohn. June 27, 1927.

*W. T. Lane, Zach Childers,* for ˙plaintiff in error.

*Jule Felton, solicitor-general,* contra.

---

Criminal Law, 16 C. J. p. 1180, n. 74.
Intoxicating Liquors, 33 C. J. p. 758, n. 80.

### 18409. ASPINWALL v. THE STATE.

BLOODWORTH, J. There is no merit in either of the special grounds of the motion for a new trial. The evidence abundantly supports the verdict, and the motion for a new trial was properly overruled.

     *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

         DECIDED NOVEMBER 16, 1927.

Making intoxicating liquor; from Wayne superior court—Judge J. H. Thomas. July 16, 1927.

*Vara A. Majette,* for plaintiff in error.

*W. B. Gibbs, solicitor-general,* contra.

---

Criminal Law, 16 C. J. p. 1180, n. 74.
Intoxicating Liquors, 33 C. J. p. 758, n. 80.